IN THE UNITED STATES DISTRICT COURT
OF THE SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 17-Civ-21134-FAM

**WADE JANION,**

    **Plaintiff,**

v.

**ROYAL CARIBBEAN CRUISES, LTD.,**
A Liberian Corporation,

    **Defendant.**
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, **WADE JANION**, by and through the undersigned counsel, hereby files this Notice of Settlement to notify the Court that the above-styled case has reached a settlement. The parties request that the Court retain jurisdiction to enforce the terms of the settlement.

Dated: June 19, 2017

Miami, Florida

Respectfully submitted,

*/s/ James M. Walker*
James M. Walker
Florida Bar No. 755990
WALKER & O'NEILL, P.A.
Attorneys for Plaintiff
Plaza 57, Suite 430
7301 S.W. 57th Court
South Miami, Florida 33143
Tel. No.      (305) 995-5300
Facsimile:   (305) 995-5310
jim@cruiselaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic notices of Electronic Filing.

*/s/ James M. Walker*
James M. Walker (755990)

**SERVICE LIST**

Randy S. Ginsberg, Esq.
Counsel for the Defendant
Royal Caribbean Cruises, Ltd.
1080 Caribbean Way
Miami, Florida 33132
Telephone: (305) 539-6327
Facsimile:   (305) 982-2104
Email: rginsberg@rccl.com

James M. Walker, Esq.
*Counsel for the Plaintiff*
Walker & O'Neill, P.A.
7301 S.W. 57th Court, Suite 430
South Miami, Florida 33143
Telephone: (305) 995-5300
Facsimile:   (305) 995-5310
**Email:** jim@cruiselaw.com